**UNITED STATES of America Plaintiff-Appellee**

v.

**Rodderick GOINS Defendant-Appellant**

**No. 17-2129**

United States Court of Appeals, Eighth Circuit.

Submitted: November 13, 2017

Filed: November 15, 2017

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Hunter Bridges, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Plaintiff-Appellee

Rodderick Goins, Pro Se

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Rodderick Goins directly appeals the within-guidelines sentence the district court[1] imposed after he pled guilty to a firearms offense. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning the reasonableness of Goins's sentence. Counsel has also moved for leave to withdraw.

Upon careful review,[2] we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing the sentence under a deferential abuse-of-discretion standard and noting that if the sentence is within the guidelines range, the appellate court may, but is not required to, apply a presumption of reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm.

---

1. The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

2. Goins pled guilty pursuant to a plea agreement that contained an appeal waiver, but we decline to enforce the appeal waiver. *See United States v. Boneshirt*, 662 F.3d 509, 515-16 (8th Cir. 2011).